1018 

THE STATE OF WASHINGTON, *Respondent*, v. RICHARD LEO · ; LEMPECK, *Appellant*.

*In the Matter of the Personal Restraint of* RICHARD LEO LEMPECK, *Petitioner*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 05-1-01121-0, Sally F. Olsen, J., entered October 10, 2005, together with a petition for relief from personal restraint. Judgment *reversed* and *remanded* and petition *denied* by unpublished opinion per Armstrong, J., concurred in by Houghton, C.J., and Van Deren, J.

THE STATE OF WASHINGTON, *Respondent*, v. WENDELL WILLIAMS, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 88-1-00793-6, Bryan E. Chushcoff, J., entered December 16, 2005. *Remanded* by unpublished opinion per Van Deren, A.C.J., concurred in by Bridgewater and Penoyar, JJ.

THE STATE OF WASHINGTON, *Respondent*, v. A.V., *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 05-8-00368-8, Milton R. Cox, J. Pro Tem., entered January 26, 2006. *Reversed* and *remanded* by unpublished opinion per Bridgewater, J., concurred in by Houghton, C.J., and Hunt, J.